ORIGINAL

CHRISTOPHER ASHWORTH (SBN 54889)
SILICON VALLEY LAW GROUP
A Law Corporation
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408) 573-5701
Email: ca@svlg.com

E-FILING

FILED

2008 FEB 27 P 4: 51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

Fee Paid
$1

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

KRAIG BELISLE, an individual; DENISE BELISLE, an individual; and all those similarly situated.

Plaintiffs,

vs.

CERTEGY PAYMENT RECOVERY SERVICES, INC., a corporation; CERTEGY CHECK SERVICES, INC., a corporation, and DOES 1 through 10, Inclusive,

Defendant.

CASE NO.: C08 01175 HRL

COMPLAINT FOR MONEY AND DECLARATORY AND INJUNCTIVE RELIEF

JURY TRIAL DEMANDED

Plaintiffs Kraig Belisle [Kraig] and Denise Belisle [Denise] on behalf of themselves and all those similarly situated complain of defendants as follows:

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA". This is also an action for class relief by way of declaratory and injunctive relief under FDCPA. FDCPA prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2002. Class relief is available

COMPLAINT
1

pursuant to FRCP Rule 23. Venue in this District is proper in that the defendants transact business here and the conduct complained of occurred, in part, here.

### III. PARTIES

3. Kraig is a natural person residing in San Jose, California, County of Santa Clara.

4. Denise is a natural person residing in San Jose, California, County of Santa Clara.

5. The class plaintiffs reside in the California county Santa Clara. The class includes all natural persons resident in the Santa Clara County who, with respect to consumer debt[1], have received from Defendants one or more of the deceptive communications outlined in paragraphs 12 a. through 12 b. within the last year, measured from the date of the filing of this action.

Plaintiffs are informed and believe that the class members aggregate more than 1000 persons.

6. Defendants, Certegy Payment Recovery Services, Inc.[Recovery] and Certegy Check Services, Inc.[Certegy], are Florida corporations engaged in the business of collecting debts throughout the United States with their principal places of business co-located at 11601 Roosevelt Blvd., St. Petersburg, FL 33716. The principal business of Recovery and Certegy is the collection of debts using the mails and telephone and defendant regularly attempts to collect debts alleged to be due another.

7. Defendants Recovery, Certegy and Does 1 through 10 are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

8. On or about November 1, 2007, a person or persons unknown [the Thief] caused *faux* copies of checks, purporting to be from the bank account of plaintiffs Kraig and Denise, to be printed. Thereafter, the Thief wrote a number of forged checks in payment for consumer items. Copies of (some) of the forged checks are attached collectively as Exhibit "A".

9 On or about December 4, 2007 Kraig and Denise's bank, Wells Fargo, contacted them and informed them that the Thief had passed a forged check at (among other places)

---

[1] Within the meaning of 15 U.S.C.A. §1692a (5).

COMPLAINT

2

Wilsons the Leather Experts [Wilson] located in San Jose, California. In connection with such communication, Wells Fargo provided Kraig and Denise with a "to whom it may concern" letter to be shown to any merchant or other person to whom a forged check had been passed. In substance, the letter informs:

> "This letter is to inform you that the above account of our customer[s], Kraig T. Belisle and Denise Belisle, was subject to fraudulent activity beginning 11/29/2007. At least one item made payable to you from this account was returned [to you] due to fraudulent activity. This should in no way reflect on [Kraig and Denise's] credit worthiness. We ask that you remove any derogatory credit reporting and reverse any charges that resulted as a consequence of this fraud".

A copy of the letter [the Wells Fargo Letter] is attached as Exhibit "B".

9. On or about December, 2007, Defendants mailed a letter to Kraig and Denise informing them that they were the subjects of a collection effort. Kraig and Denise informed Defendants that they were victims of a fraudulent/forged check scheme. Thereafter, Defendants sent to Kraig and Denise a form of affidavit and a demand that they execute the affidavit in order to establish the *bona fides* to their claim of being victims of fraud. A copy of the form of affidavit is attached as Exhibit "C". Among other things, the form of affidavit threatens that "**[f]ailure to provide requested information and materials will result in the drivers license and account information *remaining* negative and the inability to pay by check at any of our subscribing locations nationwide**". Kraig, Denise and all class members reasonably understood that representation to mean that (a) at or before the mailing of the offending communication (Exhibit "C") their credit had already been besmirched, and (b) their ability to negotiate checks at consumer retailers had already been compromised.

10. Instead of sending an affidavit, Kraig and Denise sent to Defendants a copy of the Wells Fargo Letter with an "FYI" cover letter. Thus the information exonerating Kraig and Denise was put in the hands of Defendants. Kraig and Denise were reluctant to provide all of the information sought by defendants in that the affidavit form asked for all of the information that

**COMPLAINT**
3

would allow someone to falsely assume Kraig and Denise's identity to their detriment[2].

11.  The reluctance of Kraig and Denise to make the demanded disclosures is well founded. Shortly before the events complained of herein, a senior data base administrator employed by Certegy misappropriated the confidential financial and personal information of approximately 8.5 million consumers and sold that information to marketing firms. On November 1, 2007 the second of two class actions relating to Defendants' confidentiality failures were filed against Certegy and related companies. Consumers entrust confidential information to Defendants at their great peril.

12.  In connection with their communications to Kraig and Denise, the Defendants the defendants made the following deceptive and unfair statements:

(a) That defendant Certegy was and is the owner of the Wilson claim. The facts are that Certegy is, if anything, a mere assignee for collection or that the putative "ownership" by Certegy is on a full recourse basis vis a vis Wilsons. Certegy makes this claim in order to avoid the status of a debt collector within the meaning of the FDCPA. The Defendants have made substantially identical claims to all of the class members irrespective of which ;

(b) That (by implication and overtly) if Kraig and Denise fail to provide personal information superfluous to a determination of the fact of indebtedness that the FDCPA permits a collection agency to put "negative" information in its databases and that the information will "*remain* negative", that their ability to negotiate checks at consumer retailers has already been compromised, and that such negative information will be broadcast "nationwide" and "across North America". The Defendants have made substantially identical claims to all of the class members;

and, as to Kraig and Denise only,

(c) Despite all evidence to the contrary, that the Wilson debt was and is "due" from Kraig and Denise.

---

[2]Name, Drivers License number, Social Security number, Mother's maiden name and an exemplar of Kraig and Denise's signatures. In other communications, Defendants demanded that Kraig and Denise provide photocopies of their drivers licenses.

**COMPLAINT**
4

## V. FIRST CLAIM FOR RELIEF

13. Plaintiff's repeat and reallege and incorporates by reference paragraphs one through 12 above.

14. Defendants violated the FDCPA. Defendants' violations included, but are not limited to, the following:

(a) Falsely claiming that defendant Certegy was and is the owner of the Wilson claim. The facts are that Certegy is, if anything, a mere assignee for collection or that the putative "ownership" by Certegy is on a full recourse basis vis a vis Wilsons. Certegy makes this claim in order to avoid the status of a debt collector within the meaning of the FDCPA. The Defendants have made substantially identical claims to all of the class members irrespective of which consumer retailer is involved;

(b) Falsely claiming that if Kraig and Denise fail to provide personal information superfluous to a determination of the fact of indebtedness that the FDCPA permits a collection agency to put "negative" information in its databases and that the information will *remain negative*", that their ability to negotiate checks at consumer retailers has already been compromised, and that such negative information will be broadcast "nationwide" and "across North America". The Defendants have made substantially identical claims to all of the class members irrespective of which consumer retailer is involved; and, as to Kraig and Denise only,

(c) Falsely claiming that, despite all evidence to the contrary, the Wilson debt was and is "due" from Kraig and Denise.

15. As a result of the above violations of the FDCPA, the Defendant is liable to Plaintiffs for declaratory judgment that defendants conduct violated the FDCPA, and Plaintiffs actual damages, statutory damages, and costs and attorneys fees.

16. As a result of the foregoing, Plaintiffs are entitled to injunctive relief enjoining Defendants from doing the things described in ¶¶ 14 (a) through (c).

WHEREFORE, Plaintiffs respectfully pray that judgment be entered against the Defendant for the following:

COMPLAINT
5

1. A Declaratory Judgment that defendant's conduct violated the FDCPA;
2. Actual damages;
3. Statutory damages pursuant to 15 U.S.C. § 1692k (a)(2)(B);
4. Statutory damages pursuant to 15 U.S.C. § 1692k (a)(2)(B)(i) and (ii);
5. Appropriate injunctive relief;
6. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k; and
7. Such other and further relief as may be just and proper.

Dated: February 27, 2008

Respectfully submitted,

SILICON VALLEY LAW GROUP
A Law Corporation

By: _____
CHRISTOPHER ASHWORTH
Attorneys for Plaintiffs,
Kraig Belisle and Denise Belisle

**COMPLAINT**

6

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiffs demand trial by jury in this action.

Dated: February 27, 2008

Respectfully submitted,

SILICON VALLEY LAW GROUP
A Law Corporation

By: _____
Christopher Ashworth
Attorneys for Plaintiffs,
Kraig Belisle and Denise Belisle

**COMPLAINT**

7

**Check Images**
Statement period: Dec 01-Dec 31, 2007
Account number: 028-8931744
Image page: 1 of 1







Exhibit A

**WELLS FARGO**

# Check Images

REF#6512134830 CK# 8751    150.00
REF#8834762075 CK# 8752    50.00
REF#9926290975 CK# 8753    80.00
REF#8867292183 CK# 8771    200.00
REF#4116439836 CK# 9749    193.77
REF#0826417643 CK# 9750    111.43
REF#8867655573 CK# 9751    128.97
REF#8867655574 CK# 9752    541.24

317662



Deposit Risk Operations
Fraud Claims
P.O. Box 7406
MAC A0143-043
San Francisco, CA 94120-7406

12/04/2007

KRAIG T BELISLE
DENISE BELISLE
3342 SAN SABA DR
SAN JOSE, CA  95148-2146

RE:  Claim Number:  2007120300393
     Wells Fargo Account Number:  114-XXXXXX1744-DDA

To Whom It May Concern:

This letter is to advise that the above account of our customer, KRAIG T BELISLE & DENISE BELISLE, was subject to fraudulent activity beginning 11/29/2007. At least one item made payable to you from this account was returned unpaid due to fraudulent activity. This should in no way reflect on KRAIG T BELISLE & DENISE BELISLE's credit worthiness. We ask that you remove any derogatory credit reporting and reverse any charges that resulted as a consequence of this fraud.

Thank you for your understanding in this matter. If you have any questions, please contact us by calling (888) 231-0757 Monday through Friday between 6:00 a.m. and 6:00 p.m., or on Saturday between 7:00 a.m. and 4:00 p.m. (Pacific Standard Time).

Sincerely,


Check Fraud Claims Department
Deposit Risk Operations


Ref# CFC-ML



Exhibit B

**Affidavit of Forgery**
# CERTEGY CHECK SERVICES, INC.

1. The following information is for:  ___ Lost/Stolen checks         check/draft numbers ____ __ through ____
                                       ___ Counterfeit checks        check/draft numbers ____ __ through ____
   ___ Forged name/ identity _____
   ___ Forged bank account number _____
   ___ Forged address _____

**2. FINANCIAL INSTITUTION:**
Name: _____
Address: _____
_____
Contact: _____
Phone No: _____
Routing. Transit No: _____

**3. POLICE REPORT ( ATTACH A COPY OF REPORT)**
Police Department
Name: _____
Case Number: _____
Police Officer
Name: _____
Phone Number: _____

**4. IDENTIFY ALL PERSONS ON ACCOUNT, INCLUDING JOINT ACCOUNT HOLDERS. ATTACH A PHOTOCOPY OF EACH ACCOUNT HOLDER'S DRIVERS LICENSE** (Please use additional pages, in necessary)

Name: _____
Drivers License No: _____
Issued by State of: _____
Social Security No: _____
Mother's Maiden Name: _____
Account Holder's
Signature: _____

Name: _____
Drivers License No: _____
Issued by State of: _____
Social Security No: _____
Mother's Maiden Name: _____
Account Holder's
Signature: _____

**5. If the account will remain open please provide a password.**
Password _____     Password Hint _____

**Additional Information** (including any additional notices you may have received from Certegy): _____
_____

IF ACCOUNT REMAINS OPEN, YOU MUST PROVIDE A VOIDED CHECK AND DEPOSIT SLIP.

FAILURE TO PROVIDE REQUESTED INFORMATION AND MATERIALS WILL RESULT IN THE DRIVERS LICENSE AND ACCOUNT INFORMATION REMAINING NEGATIVE, AND THE INABILITY TO PAY BY CHECK AT ANY OF OUR SUBSCRIBING LOCATIONS NATIONWIDE.

I swear that the information contained in this document is true and accurate.

**6. CONSUMER SIGNATURE:** _____

Signed and sworn before me on this _____ day of _____, 20___, by _____ who is personally known to me or has produced _____ as identification (provide identification number)

Commission Number / Commission Expires
(SEAL/STAMP)

Signature of Notary _____

Print Name of Notary _____

PLEASE RETURN THIS SIGNED AND COMPLETED AFFIDAVIT ALONG WITH A PHOTOCOPY OF YOUR DRIVERS LICENSE IN THE ENCLOSED ENVELOPE TO THE ADDRESS BELOW

KRAIG BELISLE
3342 SAN SABA DR
SAN JOSE CA 95148-2146

CERTEGY CHECK SERVICES
CUSTOMER CARE
PO BOX 30046
TAMPA FL 33630-3046

**Please make sure the address shows through the envelope window**


Exhibit C