ORIGINAL COPY
E-FILING
ADR

FILED
2008 FEB 27 P 4: 51
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

CHRISTOPHER ASHWORTH (SBN 54889)
SILICON VALLEY LAW GROUP
A Law Corporation
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408) 573-5701

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

C08 01175 HRL

KRAIG BELISLE, an individual; DENISE BELISLE, an individual; and all those similarly situated

            Plaintiffs,

v.

CERTEGY PAYMENT RECOVERY SERVICES, INC., a corporation; CERTEGY CHECK SERVICES, INC., a corporation, and DOES 1 through 10, Inclusive,

            Defendants.

Case No.:

PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: February 27, 2008

            SILICON VALLEY LAW GROUP
            A Law Corporation

            By: _____
                CHRISTOPHER ASHWORTH
                Attorneys for Plaintiffs