CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Christopher Ashworth (SBN 54889)<br>Silicon Valley Law Group<br>25 Metro Drive, Suite 600<br>San Jose, CA 95110 | (408) 573-5700 | *IT IS SO ORDERED*<br>[signature]<br>Judge Howard R. Lloyd<br>(U.S. District Court, Northern District of California seal) |
| ATTORNEY FOR (Name): Plaintiffs, Kraig Belisle, et al. | | |

Insert name of court and name of judicial district and branch court, if any:
**U.S. District Court, Northern District of California**

PLAINTIFF/PETITIONER: Kraig Belisle, et al.

DEFENDANT/RESPONDENT: Certegy Payment Recovery Services, Inc., et al.

**REQUEST FOR DISMISSAL**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle   [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [✓] Other (specify): Money & Declaratory & Injunctive Relief

CASE NUMBER: **C08-01175 HRL**

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. **TO THE CLERK: Please dismiss this action as follows:**
   a. (1) [✓] With prejudice   (2) [ ] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                    on (date):
      (4) [ ] Cross-complaint filed by (name):                    on (date):
      (5) [✓] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

Date: June 9, 2008

Christopher Ashworth

▶ [signature]

(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)   (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

2. **TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

▶ _____

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)   (SIGNATURE)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):                    as to only (name):
5. [ ] Dismissal **not** entered as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conformed   [ ] means to return conformed copy

Date: _____   Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Christopher Ashworth ca@svlg.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:   06-11-08                        MPK
                                                    Chambers of Magistrate Judge Howard R. Lloyd